IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                             CASE NO. 08-31738-DHW
                                                                                                                                                   CHAPTER 13

**ANNIE RUTH INGRAM**

      **Debtor(s)**

## TRUSTEE'S STATUS REPORT IN SUPPORT
## OF TRUSTEE'S MOTION TO DISMISS

      COMES NOW the Trustee, by and through the undersigned counsel, and files the following report with respect to the status of this case in support of the Trustee's Motion to Dismiss:

1. Debtor's current plan payments are $433.00 monthly, and the overall pay record is 77.09% .
2 . No prior motions to dismiss have been filed in this case.
3. No motions for relief have been filed in this case.
4. This is the only Motion to Dismiss filed in the past 12 months.
5. The last payments received by the Trustee from the debtor were received on:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| $327.00 | 11/06/2008 | 5036 | $327.00 | 12/04/2008 | 6599 | $327.00 | 01/07/2009 | 0228 |
| $327.00 | 02/11/2009 | 5182 | $327.00 | 03/04/2009 | 7729 | $327.00 | 04/09/2009 | 7009 |
| $327.00 | 05/06/2009 | 3731 | $327.00 | 06/04/2009 | 9296 | $327.00 | 07/10/2009 | 4520 |
| $327.00 | 08/07/2009 | 2055 | | | | | | |

6. The case is not feasible.
7. In order to remain feasible, plan payments need to be increased to $468.00 monthly.

Respectfully submitted on September 01, 2009.

| | |
|---|---|
| Office of the Chapter 13 Trustee<br>P.O. Box 173<br>Montgomery, AL 36101-0173<br>Phone: (334)262-8371<br>Fax: (334)262-8599<br>email: Ch13Trustee@ch13mdal.com | */s/ Curtis C. Reding*<br>_____<br>Curtis C. Reding<br>Chapter 13 Trustee |

## CERTIFICATE OF SERVICE

    I, Curtis C. Reding, certify that a copy of the foregoing document, has been served on the debtor(s) via United States Mail, postage prepaid, and the Debtor's attorney via CM/ECF on September 01, 2009.

                                                                                      */s/ Curtis C. Reding*
                                                                                      _____
                                                                                      Curtis C. Reding
                                                                                      Chapter 13 Trustee